## SALEM BANK v. MATLOCK.

Court of Appeals of Kentucky.

(Decided Sept. 29, 1933.)

CHARLES FERGUSON for movant.

CHARLES H. WILSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## BENEFIT ASSOCIATION OF RAILWAY EMPLOYEES v. HORN.

Court of Appeals of Kentucky.

(Decided Oct. 6, 1933.)

S. H. RICE for appellant.

HAFFORD E. HAY for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## SCOTT et al. v. FRANKLIN FIRE INSURANCE CO.

Court of Appeals of Kentucky.

(Decided Oct. 17, 1933.)

VERNON SHUFFETT for appellant.

NOGGLE & GRAHAM for appellees.

PER CURIAM.

Appeal denied; judgment affirmed.